# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD RAY SANDERSON,
            Appellant,
    vs.
THE STATE OF NEVADA,
            Respondent.

No. 79302

FILED

AUG 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for amended judgment of conviction to include jail time credits. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's motion on February 4, 2019. Appellant did not file the notice of appeal, however, until July 22, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                              Cadish

_____

[1]Given this order, this court takes no action on the pro se motions filed on August 9, 2019.

19-36469

cc: Hon. Robert W. Lane, District Judge
Donald Ray Sanderson
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk